

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| CHRISTOPHER BARRETT STONE, | § |
| | § |
| vs. | § CIVIL ACTION NO. 0:21-2015-MGL-PJG |
| | § |
| YORK COUNTY, *Moss Detention Center;* | § |
| MCCEE, *Deputy Sheriff;* GARDNER, *Deputy* | § |
| *Sheriff;* HICKS, *Supervisor;* and MORISSON, | § |
| *Supervisor,* | § |
| Defendants. | § |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

Plaintiff Christopher Barrett Stone (Stone) filed this 42 U.S.C. § 1983 action against Defendants York County, Moss Detention Center; McCee, Deputy Sheriff; Gardner, Deputy Sheriff; Hicks, Supervisor; and Morisson, Supervisor. The matter is before the Court for review of the Report and Recommendation of the United States Magistrate Judge suggesting this action be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on  October 6, 2021, but Stone failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72  advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

The Clerk entered three letters from Stone after the Magistrate Judge filed the Report; and the Court has carefully reviewed those letters.  But, even if the Court construed them to be objections, the Court still would agree with the Magistrate Judge that dismissal is proper.

Therefore, after a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court, adopts the Report and incorporates it herein.  Therefore, it is the judgment of this Court Stone's lawsuit is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 21st day of October, 2021, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
## NOTICE OF RIGHT TO APPEAL

Stone is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.